## STATEMENT OF FACTS

On September 6, 2020, at approximately 5:42 a.m., an individual later identified as Dominique Patrick James (hereinafter "James" or "Defendant") entered the restricted area surrounding the White House in Washington, D.C.

The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C.  Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers").  There are signs posted along the security barriers that state "Restricted Area, Do Not Enter."

Between 3:00 a.m. and 4:00 am, U.S. Secret Service ("Secret Service") Uniformed Division ("UD") Officer Rodriguez-Aguilar, while in full police uniform and in a fully marked police cruiser, was parked on 15th Street, N.W. facing northbound just north of the intersection of Constitution Avenue, N.W. when he saw a dark gray in color Honda Accord driving southbound with no lights on.  As the individual drove past, Officer Rodriguez-Aguilar looked at him and the individual, who was wearing a red bandana, smirked at the Officer Rodriguez-Aguilar.  Officer Rodriguez-Aguilar made a U-turn to attempt to follow the individual and the individual then turned left on Constitution Avenue, N.W. while running a red light.  The individual then sped down Constitution Avenue, N.W., and ran at least one other light at 14th Street, N.W. and Constitution.  At this point, the officer disengaged following the individual as the individual was no longer in his patrol area.

At approximately 5:42 a.m., an individual, later identified via his Virginia Driver's License as Dominique Patrick James, arrived at the Secret Service vehicle security checkpoint at 15th Street, N.W. and Pennsylvania Avenue, N.W in a dark gray in color Honda Accord.  The defendant handed his license to the UD Officer (AA0-1) at the checkpoint and stated that he was there to enter the White House and that he had business to attend to.  AAO-1 took the individual's driver's license to verify that the individual was supposed to be there.  AAO-1 called out over the radio that there was an individual at the checkpoint since White House visitors do not normally use that entrance.  While AAO-1 was verifying whether the individual was supposed to be there, Officer Rodriguez-Aguilar arrived on scene and parked a fully marked police cruiser behind the defendant's vehicle and activated the emergency lights.  When he saw the dark gray in color Honda Accord, he realized that it was the same make and model of the vehicle he had seen earlier and recognized the red bandana the individual was wearing.

As Officer Rodriguez-Aguilar attempted to exit the police cruiser, he observed the defendant putting his vehicle in reverse, backing up, and narrowly missing the police cruiser, and fleeing northbound on 15th Street, N.W., while passing H Street, N.W. and driving past multiple solid red lights.  At this time, AA0-2 arrived on scene in a fully marked police cruiser.

AA0-2 observed the defendant driving north on 15th Street, N.W. passing H Street, N.W., which is where 15th Street, N.W. turns into a one way street going northbound.  The defendant drove until he reached around K Street, N.W. and then made a U-turn heading southbound on 15th Street, N.W. and was observed by UD officers driving the wrong way down

15th Street, N.W. towards Pennsylvania Ave, N.W.  Officer Rodriguez-Aguilar attempted to affect a traffic stop, activating full emergency lights and siren once defendant's vehicle reached 15th Street, N.W. and Pennsylvania Ave, N.W.

The defendant's vehicle slowed down at the intersection at which point Officer Rodriguez-Aguilar positioned the police cruiser in front of the defendant's vehicle.  The defendant placed his vehicle in reverse backing up a small distance and then into drive again, narrowly missing the rear of the police cruiser.  The defendant then drove past the solid red light at the intersection and past another vehicle stopped at the red light.  At this point Officer Rodriguez-Aguilar and AA0-2 observed the defendant flee in his vehicle at a high rate of speed, greater than the posted limit of 25mph, southbound on 15th Street, N.W.  Officer Rodriguez-Aguilar and AA0-2 followed safely behind the defendant's vehicle in order to observe the defendant's direction of travel.  The defendant's vehicle swerved into the bike lane and curb striking multiple vertical stop sticks that are positioned as a barrier between the vehicle lane and the bike lane.  The defendant's vehicle continued southbound on 15th Street, N.W. swerving at a high rate of speed above the posted speed of 25 mph between the roadway, bike lane, and curb until reaching 15th Street, N.W. and E Street, N.W.

Officer Rodriguez-Aguilar observed the defendant turn right and drive into and past a Secret Service Vehicle Security Checkpoint located at 15th Street, N.W. and E St, N.W.  There were multiple signs posted that indicated that past the security barrier at this location is a restricted area.  The first security barrier was down as another vehicle had just gone through the checkpoint.  The defendant's vehicle came to a stop behind a white Lexus that was stopped between the initial vehicle checkpoint and the secondary vehicle checkpoint.  AA0-2 pulled his police vehicle behind the defendant's vehicle with full emergency lights activated.  Officer Rodriguez-Aguilar, AA0-3, AA0-4, and AA0-5, all in full police uniform, approached the defendant and ordered the defendant to turn the vehicle off and exit the vehicle multiple times.

The defendant then proceeded to place his vehicle in reverse and accelerated backwards narrowly missing the UD officers standing near the vehicle, striking the front of the fully marked police cruiser while the police cruiser was occupied by AA0-2.  The defendant's vehicle caused front end damage to the police cruiser.  The defendant then placed his vehicle in drive and accelerated forward striking the rear of a white Lexus that was occupied by V-1 and was stopped at the secondary vehicle checkpoint.

The defendant then left his foot on the accelerator causing the wheels to smoke and propel his vehicle forward pushing on the white Lexus in front of him.  The white Lexus sustained damage.  The rear driver's side taillight was pushed up, the bumper was damaged, which includes the backup sensors, and the paint was scuffed.  AA0-5 using his agency issued baton broke the driver side window of the defendant's vehicle.  Officer Rodriguez-Aguilar, AA0-3, and AA0-4 extracted the defendant from the vehicle.  Upon extracting the defendant from the vehicle, the defendant fell to the ground and tensed his body and arms so that officers could not place handcuffs on the defendant. Ultimately Officer Rodriguez-Aguilar, AA0-3, and AA0-4 were able to pry the defendant's hands from underneath him and place handcuffs on the defendant.

AA0-4 sustained a lacerated right knee due to the defendant resisting arrest and was transported to Sibley Medical center for further treatment and evaluation. The defendant's vehicle was declared suspicious and a perimeter was established until the Metropolitan Police Department's Explosive Ordinance Disposal (MPDC EOD) unit was able to arrive on scene and clear the vehicle of any further threats. MPDC EOD later cleared the vehicle with negative results. There was a faint odor of marijuana coming from the vehicle. When the vehicle was inventoried before it was towed, UD Officers found what was believed to be residue of marijuana, but it was not tested.

At approximately, 9:57 a.m., a Secret Service special agent interviewed the defendant's stepmother and father. When asked about the defendant's mental health and drug usage, the defendant's father stated that he recalled an instance where his son had told him, "I'm not scared to talk to people anymore because I smoke weed". However, the defendant's father stated that he had had a falling out with his son and had not spoken to him in a few years and insisted that the defendant's mother would be able to answer many of the agent's questions more accurately. Mr. James was open and agreeable to follow-up communication from USSS.

At approximately, 10:22 a.m., a Secret Service special agent interviewed the defendant's mother. When asked about the defendant's mental health, the defendant's mother said that the defendant has been currently off of his medication. She said that he has anxiety medication and also hears voices. She stated that he tends to talk to himself. When the special agent asked how long the defendant has been suffering from his mental illness, his mother stated that it started to begin right before COVID-19 happened. She said that he had taken a flight to San Francisco randomly and was committed to a mental health institution for about two weeks. The defendant's mother said she was not sure why the defendant would come to the White House, but she believed that the defendant cares about everyone and would not hurt anyone.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) (Unlawful entry into restricted grounds), 18 U.S.C. § 111(a) (Assaulting, resisting, or impeding law certain officers), 22 D.C. Code § 3302(b) (Unlawful entry on property), and 50 D.C. Code § 2201.05b (Fleeing from a law enforcement officer in a motor vehicle).

*Officer Jose Rodriguez-Aguilar*

_____

Jose Rodriguez-Aguilar
Officer, United States Secret Service
Badge Number 2351

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of September, 2020.

_____

The Honorable Robin M. Meriweather
United States Magistrate Judge